■ ETNA POLIZZI, Respondent, v GASPARE POLIZZI, Appellant. [706 NYS2d 878] —In an action for a divorce and ancillary relief, the defendant appeals from an amended judgment of the Supreme Court, Orange County (Peter C. Patsalos, J.), entered November 5, 1998, which, *inter alia,* directed him to pay 75% of the cost for a full time babysitter and awarded the plaintiff counsel fees.

Ordered that the amended judgment is affirmed, with costs.

Under the circumstances of this case, we find that the cost of a full time babysitter is a reasonable child care expense (*see, Nolan v Nolan,* 215 AD2d 795).

The defendant's remaining contentions are without merit. S. Miller, J. P., Krausman, Florio and H. Miller, JJ., concur.